Honorable U.S. District Court Magistrate Judge Karen L. Strombom

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| COLLEEN TROSETH, ) | |
| ) | |
| Plaintiff, ) | Civ. No. C07-5473KLS |
| ) | |
| vs. ) | ORDER FOR ATTORNEYS FEES |
| ) | PURSUANT TO 42 U.S.C. § 406(b) |
| MICHAEL ASTRUE, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that Plaintiff's attorney, Jeanette Laffoon, is awarded attorney fees of $8,112.50 pursuant to 42 U.S.C. § 406(b).

DATED this 20th day of May, 2009.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
Page 1 of 2
[C07-5473KLS]

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA 98501
360.786.8276
FAX: 360.534.9516

Presented by:

S/JEANETTE LAFFOON_____
JEANETTE LAFFOON
Attorney for Plaintiff

**CERTIFICATE OF ELECTRONIC FILING:**

This is to certify that I electronically filed the foregoing Plaintiff's Order for Attorneys Fees with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Brian Kipnis, Asst. U.S. Attorney.

DATED: May 13, 2009 /s/_____
Dawn Krech
Legal Assistant
MADDOX & LAFFOON, P.S.
mcdkrech@comcast.net

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
Page 2 of 2
[C07-5473KLS]

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA 98501
360.786.8276
FAX: 360.534.9516