# United States District Court

WESTERN DISTRICT OF WASHINGTON

COLLEEN TROSETH

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C07-5473KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


That Plaintiff's attorney, Jeanette Laffoon, is awarded attorney fees of $8,112.50 pursuant to 42 U.S.C. § 406(b).


| __May 20, 2009__ | __BRUCE RIFKIN__ |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk